JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOFIA SUAREZ, | ) | Case No. ED CV 11-1221-AG (SP) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| DHS/ICE, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Re: Summary Dismissal of Habeas Corpus Petition (28 U.S.C. § 2254) for Failure to Exhaust State Judicial Remedies,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

Dated: August 30, 2011

_____

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1